**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Don Wesley COLE, Defendant–Appellant.**

**No. 03–30536.**

United States Court of Appeals, Ninth Circuit.

courts of this circuit except as provided by 9th Cir. R. 36–3.

Submitted Sept. 12, 2005.*

Decided Sept. 19, 2005.

Pamela J. Byerly, AUSA, USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Gerald D. Smith, Esq., FPDWA—Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

MEMORANDUM **

Don Wesley Cole appeals his 33–month sentence imposed after a guilty plea conviction to conspiracy to distribute marijuana, in violation of 21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084 (9th Cir. 2005) (en banc).

REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

